# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DASSAULT SYSTÈMES, S.A. § | | |
|   A CORPORATION OF FRANCE § | | |
| § | | |
| Plaintiff/Counter-Defendant, § | Case No. 2:09-CV-10534-LPZ-VMM | |
| § | | |
| v. § | | |
| § | Hon. Lawrence P. Zatkoff | |
| KEITH CHILDRESS § | | |
| d/b/a PRACTICAL CATIA § | | |
|   A MICHIGAN RESIDENT § | | |
| § | | |
| Defendant/Counter-Plaintiff. § | | |
| _____§ | | |

## STIPULATED ORDER TO STAY PROCEEDINGS
## PENDING SETTLEMENT NEGOTIATIONS

Plaintiff/Counter-Defendant Dassault Systèmes, S.A. and Defendant/Counter-Plaintiff Keith Childress, request a ninety (90) day stay of all proceedings in this matter, including Plaintiff/Counter-Defendant's August 16, 2012 deadline to file a Response to Defendant/Counter-Plaintiff's Petition for Grand Jury Investigation, and Defendant/Counter-Plaintiff's August 17th deadline to file a Motion for Reconsideration of this Court's Order denying Defendant's Motions to Quash [DE:113] & Order denying Motion for Stay [DE: 114]. The purpose for the stay is to allow the parties to engage in further settlement discussions to attempt to resolve the instant case.

At the conclusion of the ninety days, the parties will report back to the Court on the progress of their settlement efforts and, should such efforts have failed, the parties will each have

10 days in which to file the aforementioned Response to Petition and Motion for Reconsideration.

    IT IS HEREBY ORDERED THAT:

The present action is stayed for a period of ninety (90) days.

Dated:  August 247, 2012                              s/Lawrence P. Zatkoff
                                                         Hon. Lawrence P. Zatkoff
                                                         United States District Judge

Respectfully submitted,

Dated: August 17, 2012      By: /s/*Douglas P. LaLone*
GLENN E. FORBIS (P52119)
DOUGLAS P. LALONE (P45741)
RADER, FISHMAN & GRAUER, PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan  48304
Phone: (248) 594-0600
Fax:    (248) 594-0610
**gef@raderfishman.com**
**dpl@raderfishman.com**
*Attorneys for the Plaintiff*

By:

_____
On behalf of *Defendant*

3