# EXHIBIT 6

Case 2:09-cv-10534-MFL-MJH   ECF No. 205-7, PageID.3488   Filed 10/09/13   Page 2 of 2

## Forbis, Glenn

| | |
|---|---|
| **From:** | Forbis, Glenn |
| **Sent:** | Friday, October 04, 2013 7:16 AM |
| **To:** | 'legal@practicalcatia.com' |
| **Cc:** | Douglas P. LaLone; Lytle, Diane |
| **Subject:** | RE: Case No. 2:09-CV-10534: Motion 2 Seal / Notice of Appeal |

Mr. Childress,

   Please let me know when you are available today to discuss the re-scheduling of your deposition and the depositions of Mr. Haller, Patrishkoff and Adam Childress.  Thank you.

-----Original Message-----
From: Keith Childress [mailto:kdchildress@gmail.com] On Behalf Of Keith
Sent: Thursday, October 03, 2013 11:08 PM
To: Forbis, Glenn
Cc: Douglas P. LaLone; Joe.HUTCHESON@3ds.com; legal@practicalcatia.com
Subject: Case No. 2:09-CV-10534: Motion 2 Seal / Notice of Appeal

October 3, 2013

Dear Mr. Forbis,

Please find attached documents that were filed with the court today.

Sincerely,
Keith Childress

1