**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DASSAULT SYSTEMES, S. A.
  A CORPORATION OF FRANCE

            Plaintiff/Counter-Defendant,     CASE NO. 09-CV-10534
v.                                            HON. Marianne O. Battani

KEITH CHILDRESS
  d/b/a PRACTICAL CATIA TRAINING

            Defendant/Counter-Plaintiff,
_____/

## CHILDRESS' MOTION IN LIMINE NO. 2 TO LIMIT THE EXPERT TESTIMONY OF K. GUS DIMITRELOS

I, Defendant/Counter-Plaintiff Keith Childress, hereby move this Honorable Court for an order limiting the expert testimony of K. Gus Dimitrelos.

On October 27, 2009, the Court granted Dassault's request to image the hard in our school's training computers, which were seized by the FBI during an October 30, 2006 raid of my family's school [R.28]. On November 3, 2009, the Court issued a Protective Order limiting the scope of said computer imaging [R.29].

In May 2012 Dassault's Cyber Forensic 360 acquired bit-by-bit images of the hard drives contained in the 20 computers seized by the FBI from my family's school in October 2006.

In April 2014 Dassault produced a "Cyber Forensic 360" report which summarizes the findings of Dassault's forensic experts, David R. Proulx and by K. Gus Dimitrelos.

On June 26, 2015, I received a notice that Dassault would be conducting a *de bene esse* deposition of K. Gus Dimitrelos in Troy MI on Friday, August 21, 2015 because Mr.

Dimitrelos will be out of the country and unavailable for trial in September. As noticed, the video deposition of Mr. Dimitrelos' was conducted on August 21, 2015.

Dassault attorney Glenn Forbis has committed to provide me with a copy of Mr. Dimitrelos' video deposition once it becomes available. As of this writing, I have not a copy of said video; therefore I cannot make specific objections to Mr. Dimitrelos' testimony at this time.

Suffice to say that Mr. Dimitrelos' testimony is well beyond the scope of his expert report; well beyond the scope of Mr. Dimitrelos' role as a forensic expert; and both Mr. Dimitrelos' testimony and forensic report are well beyond the scope of the protective order,

In *Transmatic, Inc. v. Gulton Industries, Inc.*, 818 F. Supp. 1052, 27 U.S.P.Q.2d 1561 (E.D. Mich. 1993), the Court held "the Court will limit the subject matter if Plaintiff [or Defendant] can demonstrate that the subject matter is beyond the witness' area of expertise."

I should receive a copy of Mr. Dimitrelos' video deposition within a week and will be prepared to demonstrate at the Pretrial Conference that the subject matter of Mr. Dimitrelos' testimony is beyond the Mr. Dimitrelos' area of expertise, beyond the scope of his Rule 26 forensic report, and beyond the scope of the Court's Protective Order.

/s/ Keith Childress
Keith Childress
620 Georgia Ave.
Sewanee TN 37375
(931) 636-4607

## **CERTIFICATE OF SERVICE**

I, Keith Childress, hereby certify that on the 1st day of September 2015, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Keith Childress

Keith Childress
620 Georgia Ave.
Sewanee, TN 37375
(931) 636-4607
legal@practicalcatia.com