# EXHIBIT B

NOT RECOMMENDED FOR FULL-TEXT PUBLICATION

No. 13-2414

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

DASSAULT SYSTEMES, SA,

    Plaintiff-Appellee,

v.

KEITH CHILDRESS, dba Practical Catia Training,

    Defendant-Appellant.

ON APPEAL FROM THE UNITED
STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF
MICHIGAN

**FILED**
Dec 04, 2014
DEBORAH S. HUNT, Clerk

O R D E R

Before: SUTTON and DONALD, Circuit Judges; HOOD, District Judge.[*]

    Keith Childress, a pro se litigant, appeals a district court order denying his motion to quash a subpoena. This case has been referred to a panel of the court pursuant to Federal Rule of Appellate Procedure 34(a)(2)(C). Upon examination, this panel unanimously agrees that oral argument is not needed. Fed. R. App. P. 34(a).

    Dassault Systemes, SA ("Dassault") is a corporation of France that owns all copyrights in a computer-aided design software called CATIA. When Dassault learned that Childress was—without its permission—using its name and software licenses to operate a for-profit business, it contacted the FBI. The FBI's ensuing investigation included an interview with Childress, conducted during the execution of a search warrant. The FBI report of that interview is the subject of Dassault's second subpoena in its suit seeking damages for copyright and trademark infringement and other violations. *See Dassault Systemes, SA v. Childress*, 663 F.3d 832, 846

---

[*]The Honorable Joseph M. Hood, United States District Judge for the Eastern District of Kentucky, sitting by designation.

(6th Cir. 2011) (affirming decision to permit discovery of seized computers and documents). Dassault subpoenaed the FBI for production of "interview records, recordings, and other documents that refer to or otherwise memorialize any interview of [Childress] by the FBI." Childress moved to quash Dassault's subpoena. The district court denied Childress's motion to quash and his subsequent motion for reconsideration. Childress appeals, arguing that the evidence sought in the subpoena is protected from disclosure by Rule 6(e) of the Federal Rules of Criminal Procedure. Childress also moves the court for leave to file a supplemental brief.

We review the district court's decision for an abuse of discretion. *Dassault*, 663 F.3d at 845; *United States v. Alpha Med. Mgmt., Inc.*, No. 96-5825, 1997 WL 359065, at *5 (6th Cir. June 26, 1997) (unpublished opinion) (citing *Douglas Oil Co. v. Petrol Stops Nw.*, 441 U.S. 211, 223 (1979)). A district court abuses its discretion when it relies on clearly erroneous findings of fact, improperly applies the law, or uses an erroneous legal standard. *Hamad v. Woodcrest Condo. Ass'n*, 328 F.3d 224, 237 (6th Cir. 2003).

The district court did not abuse its discretion because the evidence sought in the subpoena pertains to an interview that occurred well before the grand jury convened in Childress's case, and "[t]he disclosure of information obtained from a source independent of the grand jury proceedings, such as a prior government investigation, does not violate Rule 6(e)." *In re Grand Jury Matter*, 682 F.2d 61, 64 (3d Cir. 1982) (quoting *In re Grand Jury Investigation*, 610 F.2d 202, 217 (5th Cir. 1980)). Like the evidence sought in Dassault's first subpoena, the information Dassault seeks in its second subpoena is limited to Childress's pre-existing interview, which makes it "unlikely that the disclosure would somehow reveal the scope or nature of the grand jury inquiry." *Dassault*, 663 F.3d at 846.

Accordingly, the district court did not abuse its discretion. We deny Childress's motion to file a supplemental brief and affirm the district court's order denying Childress's motion to quash Dassault's subpoena.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 04, 2014

Mr. Keith Childress
620 Georgia Avenue
Sewanee, TN 37375

Mr. Glenn E. Forbis
Rader, Fishman & Grauer
39533 Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304

Re: Case No. 13-2414, *Dassault Systemes, SA v. Keith Childress*
Originating Case No. : 2:09-cv-10534

Dear Sirs,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Laura A. Jones
Case Manager
Direct Dial No. 513-564-7023

cc: Mr. Douglas P. LaLone
Mr. David J. Weaver

Enclosure

Mandate to issue