# EXHIBIT K

## Forbis, Glenn

| | |
|---|---|
| **From:** | Keith Childress <kdchildress@gmail.com> on behalf of Keith <legal@practicalcatia.com> |
| **Sent:** | Friday, December 09, 2016 8:03 PM |
| **To:** | Forbis, Glenn |
| **Cc:** | Douglas P. LaLone (DLaLone@fishstewip.com); Dowdy, Stephanie; Keith Childress |
| **Subject:** | Case No. 2:09-CV-10534: Trial Prep |

December 9, 2016

Dear Mr. Forbis,

I want to let you know that I intend to bring at least two laptops with me to trial for demonstrative purposes. These laptops are identical to the laptops seized by the FBI from my family's school. Please let me know if you'd like to have your IT person inspect the laptops prior to trial, and we'll make arrangements to meet.

Further, during his deposition Mr. Dimitrelos produced a D-Link wireless network adapter that he said was identical to those seized by the FBI.
Mr. Dimitrelos testified that he could reprogram the network adapter to have the target ID 48E48751. Please have Mr. Dimitrelos reprogram D-Link wireless the network card and bring it with him to trial as I intend to question him about this.

I hope you enjoy a pleasant weekend.

Sincerely,
Keith Childress

++++++++++++++++++++

1