# EXHIBIT L

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTEMES, S.A.,              )
a corporation of France,              )
                                      )
      Plaintiff/                      )
      Counter-Defendant,              )
                                      )
vs.                                   )   CASE NO. 09-CV-10534
                                      )
KEITH CHILDRESS, d/b/a                )
PRACTICAL CATIA TRAINING,             )
                                      )   ORIGINAL
      Defendant/                      )
      Counter-Plaintiff.              )
-------------------------------

The Videoconferenced Deposition

of Andrew Clarkson

August 18, 2015

================================================================
APPEARANCES:

On behalf of the Plaintiff/Counter-Defendant:

      Glenn E. Forbis, Esq.
      HARNESS, DICKEY & PIERCE
      5445 Corporate Drive, Suite 200
      Troy, MI  48098

On behalf of the Defendant/Counter-Plaintiff:

      Keith Childress, Pro Se
      620 Georgia Avenue
      Sewanee, TN  37375

ALSO PRESENT:    Rodolphe Pantanacce
                 Regina Childress

---

MURFREESBORO COURT REPORTERS
Post Office Box 331056
Murfreesboro, TN  37133
(615) 890-6415
Patti P. Myers, RPR, LCR, CCR

```
 1   at IBM and at Dassault and with licensing and all
 2   that, are you aware or is it a true statement that
 3   IBM typically embeds these licenses or license keys
 4   in emails?
 5   A.        Yes.  The -- it's normal practice for
 6   the License Key Center to send the license keys in
 7   the form of a text file in which the license key
 8   exists, and then the license key is usually cut and
 9   pasted into the license to allow the license to
10   work.
11   Q.        Just to clarify because, believe it or
12   not, I've done this a few times.
13   A.        I bet.
14   Q.        But it's been a few years.  The
15   information here -- and, again, this is just for
16   point of clarification really what you had been
17   talking about and we're going to expand on this in
18   a few minutes, there's a thing called a license
19   certificate here.  And it starts there and it goes
20   all the way down to the bottom, I think, where it
21   says "install program."  And what I would do -- I
22   guess I'm testifying now, if you want to object,
23   Mr. Forbis.  What I would do is you would copy that
24   portion of text starting at "license certificate"
25   all the way down to that bottom thing, you'd paste
```

```
 1    that in a text document, and, of course, when you
 2    save the text document, it gets a .txt extension,
 3    doesn't it?
 4    A.        Yes.
 5    Q.        But you can rename that text file by
 6    adding a .lic extension to it.
 7    A.        .lic, yes.
 8    Q.        Okay. And what does "lic" stand for, do
 9    you know?
10    A.        License.
11    Q.        License. And then when you open
12    CATIA -- actually if you're installing CATIA, it
13    asks you if you want to enroll a license, or if you
14    don't enroll it at the time when you open CATIA
15    it's going to tell you you don't have a license but
16    you can use the software to enroll the license into
17    CATIA.
18    A.        Yeah.
19    Q.        Does that sounds about right to you?
20    A.        Yes.
21    Q.        Okay. I got a little off track there,
22    but I thought it was important to clarify what that
23    is all about. So just, you know, point of
24    clarification again, I think that without pulling
25    up Mr. Haller's entire transcript, I think that I
```

1  right?

2  A.       Yeah.

3  Q.       And then to make the -- to make the
4  situation even more cloudy, here it says "license
5  certificate." So it looks like IBM has called these
6  three different things. They refer to license, they
7  refer to license key, and they refer to license
8  certificate. Now, don't these all seem to mean the
9  same thing?

10 A.       It certainly doesn't -- I suppose for me
11 it's -- there was always two issues here. There was
12 for me, when I was doing this work and still doing
13 this work, it's always important to identify that a
14 customer is licensed to use Dassault Systemes
15 software, and then what we do in a lot of our
16 investigations is look to see how many license keys
17 that customer has been issued.

18 Q.       But what I'm getting at is from my
19 knowledge back in 2002 -- I think is when this was
20 coming, right? -- somebody from MSC Software --
21 well, actually MSC Software, as Judge Haller [sic]
22 stated in his order, MSC Software initiated a
23 business agreement with my school, and there were
24 terms of that agreement. And one of the terms of
25 the agreement, they were going to provide licenses.

1  There's a number of emails, communications, between
2  me and MSC Software where both parties are referring
3  to licenses. Nathan Haller said in his deposition
4  that a license and a license key to him are the same
5  thing. Here you have an IBM email where they refer
6  to license information for customers, so they're
7  calling it a license. They're referring to keys for
8  customer, and they're referring to a license
9  certificate.
10  So all I'm getting at here is that from
11  my point of view when I'm receiving these licenses
12  or license keys from the IBM Key Center, I don't
13  know what they're called. I mean, I'm referring to
14  them as licenses simply because that's the way MSC
15  Software -- that's the terminology MSC Software was
16  using with me so -- but I'm getting ahead of myself
17  again.
18    MR. FORBIS: Objection as to form of
19    that last narrative. It wasn't a question.
20    MR. CHILDRESS: I don't even know if
21    there was a question there, but your objection
22    is duly noted.
23  Q.    (By Mr. Childress) Okay. So this
24  particular license certificate, if we scroll down to
25  the license certificate, this is the license