UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTEMES, S.A.,

        Plaintiff,                      Case No. 09-CV-10534
                                                Hon. Marianne O. Battani

v.

KEITH CHILDRESS d/b/a
PRACTICAL CATIA TRAINING,

        Defendant.
        _____/

**ORDER ALLOWING WITNESS TO BRING EQUIPMENT INTO THE BUILDING FOR TRIAL**

The Court has scheduled a Jury Trial to begin on March 6, 2017.  Witness Konstantinos Gus Dimitrelos is allowed to bring the following equipment into the building for trial purposes only:

- laptop computer

- external hard drive

- laptop docking station

SO ORDERED.

Date: March 2, 2017                                             s/Marianne O. Battani
                                                                    MARIANNE O. BATTANI
                                                                    United States District Judge

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 2, 2017.

s/ Kay Doaks<br>
Case Manager