Dassault Systemes, S.A. a corporation of France
vs.
Keith Childress d/b/a Practical Catia Training

# 09-10534

## Jury Verdict Form

We, the jury, find the following in the case Dassault Systemes, S.A. v. Keith Childress d/b/a Practical Catia Training: 09-cv-10534:

**Question No. 1**: Do you find by a preponderance of evidence that Mr. Childress infringed Dassault's CATIA V5 R12 copyright?

YES __X__          NO _____

**Question No. 2**: Do you find by a preponderance of evidence that Mr. Childress infringed Dassault's CATIA V5 R14 copyright?

YES __X__          NO _____

**Question No. 3**: If you answered "YES" to Question 1, then do you find by a preponderance of evidence that Mr. Childress' infringement was willful?

YES _____          NO __X__

**Question No. 4**: If you answered "YES" to Question 1 and/or Question 2, what amount of damages do you award Dassault, if any, for copyright infringement?

$ __250,000__

**Question No. 5**: Do you find by a preponderance of evidence that Mr. Childress infringed Dassault's 1984 U.S. Trademark Registration No. 1, 274, 136 for the CATIA mark:

YES _____     NO __X__

**Question No. 6**: If you answered "YES" to Question 5, then do you find by a preponderance of evidence that Mr. Childress' infringement was willful:

YES _____     NO _____

**Question No. 7**: If you answered "YES" to Question 5, what amount of damages do you award Dassault, if any, for trademark infringement:

$ __N/A__

**Question No. 8:** What amount of profits do you find Mr. Childress realized during the following time periods:

$ __N/A__ (2000 - 2006)

$ __less than equal to__ (2003 - 2006)
__$640,000__

**Signed:**

Date: 3/16/17

**s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.