# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 06, 2018

Mr. Keith Childress
620 Georgia Avenue
Sewanee, TN 37375

                    Re: Case No. 18-1443, *Dassault Systemes, SA v. Keith Childress*
                          Originating Case No. : 2:09-cv-10534

Dear Mr. Childress:

  The Court issued the enclosed Order today in this case.

                                        Sincerely yours,

                                        s/Karen S. Fultz
                                        Case Manager
                                        Direct Dial No. 513-564-7036

cc: Mr. Glenn E. Forbis
     Mr. James Bradley Luchsinger
     Mr. David J. Weaver

Enclosure

No. 18-1443

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

> FILED
> Dec 06, 2018
> DEBORAH S. HUNT, Clerk

| | |
|---|---|
| DASSAULT SYSTEMES, SA, | ) |
| | ) |
|    Plaintiff-Appellee, | ) |
| | ) |
| v. | )   O R D E R |
| | ) |
| KEITH CHILDRESS, dba Practical Catia Training, | ) |
| | ) |
|    Defendant-Appellant. | ) |

Upon opening, this appeal was held in abeyance under Federal Rule of Appellate Procedure 4(a)(4), based upon a motion to reconsider the order on appeal that was pending in the district court. No ruling has issued. On further review, however, the motion in the district court seeks a certification from the district court pursuant to Federal Rule of Civil Procedure 62.1 in view of this appeal, which is not one of the enumerated motions in Rule 4(a)(4).

Therefore, the appeal is removed from abeyance status and will proceed in the normal course, with the motion for pauper status now pending for review.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk