UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTEMES, SA,

    Plaintiff/Counter-Claim Defendant,

v.

                                    Case No. 09-cv-10534
                                    Hon. Matthew F. Leitman

KEITH CHILDRESS,

    Defendant/Counter-Claim Plaintiff.
_____/

**ORDER (1) DENYING KEITH CHILDRESS'S MOTION FOR SUMMARY JUDGMENT (ECF No. 582) AND (2) GRANTING IN PART AND DENYING IN PART DASSAULT SYSTEMES, SA'S MOTION FOR SUMMARY JUDGMENT (ECF No. 581)**

On March 2, 2023, the Court held a hearing over video conferencing to hear argument on the two motions for summary judgment that are now pending before the Court. For the reasons explained on the record during that hearing, Keith Childress's Motion for Summary Judgment (ECF No. 582) is **DENIED**, and Dassault Systemes, SA's ("Dassault") Motion for Summary Judgment (ECF No. 581) is **GRANTED IN PART** and **DENIED IN PART.**  The motion is **DENIED** to the extent that Dassault seeks summary judgment on Childress's Abuse of Process counter-claim and Dassault's Copyright Infringement claim.  The motion is **GRANTED** to the extent that Dassault seeks summary judgment on Childress's Tortious Interference counter-claim.

    **IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
Dated: March 2, 2023                   UNITED STATES DISTRICT JUDGE

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 2, 2023, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126