UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTEMES, SA,

    Plaintiff/Counter-Claim Defendant,

                                                                     Case No. 09-cv-10534
v.                                                          Hon. Matthew F. Leitman

KEITH CHILDRESS,

    Defendant/Counter-Claim Plaintiff.
_____/

## ORDER TEMPORARILY BARRING ADDITIONAL FILINGS PENDING COMPLETION OF SETTLEMENT EFFORTS

On March 2, 2023, the Court held a hearing over video conferencing to hear argument on the parties' cross-motions for summary judgment (ECF Nos. 581, 582). At the conclusion of that hearing, the Court directed the parties to participate in a settlement effort, either through a private facilitator or a judicial officer. The parties are now in the process of determining which of the two settlement frameworks they wish to pursue. Once they make that determination, the settlement process will proceed.

The Court now orders that the parties shall not make any filings in this action – including, for instance, a motion for reconsideration regarding the Court's rulings on the parties' cross-motions for summary judgment – until the completion of the settlement proceedings. If the parties are unable to reach a settlement agreement,

the Court will give each party an opportunity to file a motion for reconsideration of the summary judgment rulings. The Court is precluding the parties from filing any additional motions at this time because the Court wishes for the parties to direct all of their attention and resources to the settlement process. Moreover, the Court believes that if the parties invest time and resources into additional motion practice at this time, that could inhibit settlement – by, for instance, leading the parties to increase their demands in order to recoup fees and costs incurred with the motion practice. Accordingly, neither party shall file any additional motions until further order of the Court authorizing them to do so.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 3, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 3, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126