UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTEMES, SA,

    Plaintiff/Counter-Claim Defendant,

v.

Case No. 09-cv-10534
Hon. Matthew F. Leitman

KEITH CHILDRESS,

    Defendant/Counter-Claim Plaintiff.
_____/

## ORDER DIRECTING PARTIES TO FILE RESPONSES TO MOTIONS FOR RECONSIDERATION

On June 16, 2022, Plaintiff Dassault Systemes, SA and Defendant Keith Childress each filed motions for summary judgment in this action. (*See* Dassault Mot., ECF No. 581; Childress Mot., ECF No. 582.) The Court then issued a written order in which it (1) granted in part and denied in part Dassault's motion and (2) denied Childress' motion. (*See* Order, ECF No. 597.)

Both parties have now filed motions for reconsideration. (*See* Dassault Mot. for Reconsideration, ECF No. 607; Childress Mot. for Reconsideration, ECF No. 608.) The Court has conducted a preliminary review of the motions and concludes that it would benefit from a full set of briefing from both parties.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1

- Each party shall file a response to their opponent's motion for reconsideration by no later than **August 23, 2023**; and

- Each party shall file a reply brief in support of their motion for reconsideration by no later than **September 8, 2023**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: August 2, 2023

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 2, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126