UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTEMES, SA,

   Plaintiff/Counter-Claim Defendant,

Case No. 09-cv-10534

v.

Hon. Matthew F. Leitman

KEITH CHILDRESS,

   Defendant/Counter-Claim Plaintiff.

_____/

### ORDER DENYING MOTIONS FOR RECONSIDERATION (ECF Nos. 607, 608)

On July 31, 2023, Plaintiff Dassault Systemes, SA and Defendant Keith Childress each filed motions for reconsideration in this action. (*See* Dassault Mot., ECF No. 607; Childress Mot., ECF No. 608.) The Court held a hearing on both motions on December 19, 2023.

For the reasons explained on the record during the December 19 hearing, **IT IS HEREBY ORDERED** that both parties' motions are **DENIED**.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: December 20, 2023

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 20, 2023, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126