UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTEMES, S.A.,

    Plaintiff/Counter-Defendant,   Case No. 09-cv-10534
                                                                        Hon. Matthew F. Leitman

v.

KEITH CHILDRESS,
d/b/a PRACTICAL CATIA TRAINING,

    Defendant/Counter-Plaintiff.
_____/

| MARK R. BENDURE (P23490) | GLENN E. FORBIS (P52119) |
|---|---|
| **Bendure & Thomas, PLC** | **Harness Dickey & Pierce, PLC** |
| Attorneys for Defendant Childress | Attorneys for Plaintiff Dassault |
| 15450 E. Jefferson Avenue, Suite 110 | 5445 Corporate Dr., Suite 200 |
| Grosse Pointe Park, MI 48230 | Troy, MI 48098-2683 |
| (313) 961-1525 | (248) 641-1600 |
| bendurelaw@cs.com | gforbis@harnessip.com |

_____/

## ORDER ALLOWING EQUIPMENT INTO THE COURTHOUSE

The Court has scheduled a Jury Trial for March 13, 2024. The Court has also allowed Defendant Keith Childress and counsel to inspect the courtroom technology on March 12, 2024, prior to commencement of trial. Defendant Keith Childress is allowed to bring the following equipment into the building:

- A laptop computer
- A tablet
- A cellphone
- 3 thumb drives

IT IS SO ORDERED.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  March 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 12, 2024, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126