UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTÉMES, S.A.,

    Plaintiff/Counter-Defendant,

v.

KEITH CHILDRESS,
d/b/a PRACTICAL CATIA,

    Defendant/Counter-Plaintiff.

Case No. 09-cv-10534
Hon. Matthew F. Leitman

_____

**ORDER ON DASSAULT SYSTÈMES, S.A.s'
MOTION TO PERMIT ELECTRONICDEVICES IN COURTHOUSE**
_____

The Court has scheduled a Jury Trial for March 13, 2024. The following people are allowed to bring the following equipment into the building:

1. Rodolphe Pantanacce, Corporate Representative, Plaintiff Dassault

   a. Devices: Laptop

2. Andrew Clarkson: Compliance Manager, Plaintiff Dassault

   a. Devices: Cellular Phone

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 12, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
