UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTEMES, SA,

   Plaintiff/Counter-Claim Defendant,

                                                 Case No. 09-cv-10534
v.                                          Hon. Matthew F. Leitman

KEITH CHILDRESS,

   Defendant/Counter-Claim Plaintiff.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 11 (ECF No. 647)

On March 4, 2024, Plaintiff Dassault Systemes, SA filed a Motion *in limine* to preclude Defendant Keith Childress "from arguing at trial that the 'ulterior purpose' element of his abuse of process counterclaim is satisfied by anything other than his 'EPP-coercion' theory." (Mot., ECF No. 647, PageID.24689.)  For the reasons explained on the record, the motion is **GRANTED**.

    **IT IS SO ORDERED**.

                                                   s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated:  March 21, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2024, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126