# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DASSAULT SYSTÈMES, S.A.,

    Plaintiff/Counter-Defendant,

v.

KEITH CHILDRESS, d/b/a
PRACTICAL CATIA,

    Defendant/Counter-Plaintiff.

Case No. 09-cv-10534
Hon. Matthew F. Leitman

_____

## POST-TRIAL SCHEDULING ORDER
_____

Pursuant to the Court's request at the April 4, 2024, Status Conference, Plaintiff Dassault Systemes S.A. ("Plainitiff" or "Dassault") and Defendant/Counter-Plaintiff Keith Childress ("Childress"), by and through their respective attorneys of record, hereby stipulate to the following schedule for post-trial motions.

**May 15, 2024:**   Childress will file any motions pursuant to Fed. R. Civ. P. 50 and/or 59; and
Dassault will file any motion for attorneys' fees pursuant to 17 U.S.C. 505.

**June 12, 2024:**   Childress will file his Response Brief to Dassault's motion for attorneys' fees; and
Dassault will file its Response Brief to Childress' motion(s) pursuant to Fed. R. Civ. P. 50 and/or 59.

**June 26, 2024:**  Childress and Dassault will file their respective reply briefs.

The Court will set a day/time for a hearing on the Parties' respective post-trial motions, including Dassault's renewed Motion for Judgment as a Matter of Law Regarding Childress' Trademark Fair Use Defense [Dkt. 633], as already briefed.

**IT IS SO ORDERED**.

                                          s/Matthew F. Leitman  
                                          MATTHEW F. LEITMAN  
                                          UNITED STATES DISTRICT JUDGE

Dated:  April 18, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 18, 2024, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan  
                                          Case Manager  
                                          (313) 234-5126