UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTEMES, SA

    Plaintiff,

v.

KEITH CHILDRESS,

    Defendant.

_____/

Case No. 09-cv-10534
Hon. Matthew F. Leitman

**ORDER TERMINATING PLAINTIFF'S
PRE-TRIAL MOTIONS (ECF Nos. 625, 648)**

On January 16, 2024, Plaintiff Dassault Systemes, SA filed ten motions *in limine* in this action. (*See* Mot., ECF No. 625.) On March 5, 2024, Dassault filed a motion to strike certain evidence that Defendant Keith Childress sought to introduce at trial. (*See* Mot., ECF No. 648.) The Court believes that it has resolved all of Dassault's motions *in limine* and Dassault's motion to strike either in prior written rulings or on the record during trial. If and to the extent that any portions of these motions remain open (and the Court does not believe that any do), the Court **TERMINATES** those portions of the motion(s) as moot.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 22, 2024

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 22, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan  
                                                Case Manager  
                                                (313) 234-5127