UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTEMES, SA

    Plaintiff,

v.

KEITH CHILDRESS,

    Defendant.
_____/

Case No. 09-cv-10534
Hon. Matthew F. Leitman

## ORDER EXTENDING TIME FOR KEITH CHILDRESS TO FILE A MOTION FOR RECONSIDERATION

On November 21, 2024, the Court entered an order resolving certain post-trial motions. (*See* Order, ECF No. 718.) Mr. Childress has contacted the Court and indicated that he wishes to file a motion for reconsideration of the order. He further indicates that he has ordered the transcript from the hearing at which the court announced its rulings, and he reports that he has not yet received the transcript. Under the circumstances, the Court concludes that it is appropriate to extend the deadline for the filing of Mr. Childress' motion for reconsideration. He may file the motion by not later than **January 17, 2025**.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 4, 2024

1

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 4, 2024, by electronic means and/or ordinary mail.

              s/Holly A. Ryan
              Case Manager
              (313) 234-5127