UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTEMES, S.A.

    Plaintiff,

v.

KEITH CHILDRESS,

    Defendant.

_____/

Case No. 09-cv-10534
Hon. Matthew F. Leitman

### ORDER SETTING BRIEFING SCHEDULE FOR PERMANENT INJUNCTION MOTION

Plaintiff Dassault Systemes, S.A. has previously expressed a desire to move for a permanent injunction on its trademark infringement claim. The Court sets the following schedule for the filing and briefing of that motion:

- Dassault shall file its motion for permanent injunction by no later than **August 22, 2025**. Dassault's motion shall not exceed 25 pages.

- Defendant Keith Childress shall file his response to Dassault's motion by no later than **September 26, 2025**. In his response, Childress may address, among other things, any of his equitable defenses that he believes preclude a grant of injunctive relief in favor of Dassault. Childress' response shall not exceed 35 pages.

1

- Dassault shall file its reply brief by no later than **October 17, 2025**.

  Dassault's reply shall not exceed 25 pages.

- Finally, Childress may file a sur-reply by no later than **October 31, 2025**. Childress' sur-reply shall not exceed 15 pages.

**IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: July 21, 2025

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 21, 2025, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126