UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTEMES, S.A.,

      Plaintiff,

v.

KEITH CHILDRESS,

      Defendant.
_____/

Case No. 09-cv-10534
Hon. Matthew F. Leitman

## ORDER FOR SUPPLEMENTAL SUBMISSION

As explained on the record during the hearing on November 25, 2025, IT IS HEREBY ORDERED that by not later than **January 9, 2026**, the parties shall file a submission answering the following question:

> At any point during or after the 2024 trial, did counsel for Mr. Childress or Mr. Childress, himself, (1) move for judgment as a matter of law on Dassault's trademark infringement claim on the basis that the evidence presented at trial was insufficient to support a finding of likelihood of confusion or (2) otherwise argue that as a matter of law the evidence presented at trial was insufficient to support a finding of likelihood of confusion in connection with Dassault's trademark infringement claim?

If either party answers in the affirmative, that party shall provide a cite (including docket number and PageID number) for the motion(s) and/or argument(s).

    **IT IS SO ORDERED**.

                        s/Matthew F. Leitman
                        MATTHEW F. LEITMAN
                        UNITED STATES DISTRICT JUDGE

Dated: November 25, 2025

2

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 25, 2025, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126