UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dassault Systemes, SA,

                        Plaintiff(s),

v.                                                Case No. 2:09−cv−10534−MFL−MJH
                                                      Hon. Matthew F. Leitman

Keith Childress [E−Filer],

                        Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Matthew F. Leitman as follows:

- STATUS CONFERENCE:  February 13, 2026 at 02:00 PM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/Holly A Ryan
                                                           Case Manager

Dated:  February 9, 2026