UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTÈMES, S.A.
  A CORPORATION OF FRANCE

      Plaintiff/Counter-Defendant,      Case No. 09-CV-10534

v.      Hon. Matthew F. Leitman

KEITH CHILDRESS
  d/b/a PRACTICAL CATIA TRAINING

      Defendant/Counter-Plaintiff.

## **MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff Dassault Systemes, S.A., hereby submits through their undersigned Counsel, a proposed Final Judgment and Permanent Injunction, as "Attachment A." Dassault submits that the proposed Final Judgment and Permanent Injunction accurately sets forth the result of the March 2024 trial, as reflected in the jury verdict issued therein, and the Court's preceding and subsequent post-trial Opinions and Orders.

Dated:  February 27, 2026      Respectfully submitted,

      /s/Glenn E. Forbis
      Glenn E. Forbis (P52119)
      J. Bradley Luchsinger (P76115)
      HARNESS, DICKEY & PIERCE, PLC
      100 Bloomfield Hills Parkway, Suite 200
      Bloomfield Hills, MI 48304

        Phone: 248-641-1600
        Fax: 248-641-0270
        gforbis@harnessip.com
        bluchsinger@harnessip.com
        *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF No. system, which will be served by operation of the Court's electronic filing system upon all counsel of record and ECF No. participants.

<u>/s/Glenn E. Forbis</u>
Glenn E. Forbis (P52119)
HARNESS, DICKEY & PIERCE, PLC
5445 Corporate Drive, Suite 200
Troy, MI  48098
Phone:  248-641-1600
Fax:  248-641-0270
gforbis@harnessip.com

27655509