# ATTACHMENT A

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DASSAULT SYSTÈMES, S.A.
  A CORPORATION OF FRANCE

    Plaintiff/Counter-Defendant,        Case No.  09-CV-10534

v.                                             Hon.  Matthew F. Leitman

KEITH CHILDRESS
  d/b/a PRACTICAL CATIA TRAINING

    Defendant/Counter-Plaintiff.

### FINAL JUDGMENT and PERMANENT INJUNCTION

The Court, being fully apprised in the premises, has concluded that Dassault Systemes, S.A. ("Dassault" or "Plaintiff") is entitled to a judgment against Mr. Keith Childress ("Mr. Childress" or "Defendant"), consistent with the jury verdict received on March 26, 2024 (ECF No. 667), this Court's order on Plaintiff's Motion for Judgment as a Matter of Law on Defendant's Fair Use Defense (ECF No. 718), and this Court's order on Plaintiff's Motion for Permanent Injunction (ECF No. 770).

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Defendant Keith Childress is liable to Plaintiff Dassault for copyright infringement for the unlawful copying of Dassault's CATIA software;

2. Pursuant to 17 U.S.C. § 504(b) and (c), Defendant Keith Childress shall make payment to Dassault in the amount of four hundred and forty four thousand,

1

six hundred and twelve dollars and fifty cents ($444,612.50), the total amount awarded by the jury for Mr. Childress' infringement of Dassault's copyrights;

3. Defendant Keith Childress is liable to Plaintiff Dassault for trademark infringement for his use of the CATIA mark;

4. Defendant Keith Childress is **PERMANENTLY ENJOINED** from using the CATIA mark in:

    a. the name of any business that he operates;

    b. the name of any course that he teaches; and

    c. in any website URL that he uses;

5. Defendant Keith Childress shall deactivate the website http://www.practicalcatia.com by February 20, 2026; and

6. Dassault is not liable to Mr. Childress for any of Mr. Childress' counterclaims.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Date: _____, 2026        _____
                                    Matthew F. Leitman