UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASSAULT SYSTEMES, S.A.,

     Plaintiff,

v.

KEITH CHILDRESS,

     Defendant.

_____/

Case No. 09-cv-10534
Hon. Matthew F. Leitman

## <u>ORDER GRANTING PLAINTIFF/COUNTER-DEFENDANT DASSAULT SYSTEMES, S.A.'s UNOPPOSED MOTION FOR ENTRY OF JUDGMENT</u>

On February 27, 2026, Plaintiff/Counter-Defendant Dassault Systemes, S.A. filed a motion for entry of judgment in this case. (*See* Mot., ECF No. 772.)  Dassault also attached to that motion a proposed final judgment and permanent injunction. (*See* Proposed Judgment, ECF No. 772-1.)   Defendant/Counter-Plaintiff Keith Childress has not filed any opposition to Dassault's motion.  The Court has reviewed the proposed judgment, and it accurately reflects the results of the March 2024 trial and the Court's rulings in this action.  Accordingly, Dassault's unopposed motion for entry of judgment is **GRANTED**, and the Court will enter the proposed final judgment attached to Dassault's motion.

     **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 16, 2026

1

I hereby certify that a copy of the foregoing document was served upon the par ies and/or counsel of record on March 16, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126