**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DASSAULT SYSTEMES, S. A.
  A CORPORATION OF FRANCE
                          CASE NO. 09-CV-10534
                          Hon. Matthew F. Leitman
          Plaintiff/Counter-Defendant,    Magistrate: Michael Hluchaniuk

v.

KEITH CHILDRESS
  d/b/a PRACTICAL CATIA TRAINING

         Defendant/Counter-Plaintiff

_____

**NOTICE OF APPEAL**
_____

Notice is hereby given that Defendant/Counter-Plaintiff Keith Childress appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on March 16, 2026 (R.777).

                          Respectfully submitted,

                          **Keith Childress**

                      By: */s/ Keith Childress*
                      460 Patton School Rd.
                      S. Pittsburg TN 37380
                         (931) 636-4607
April 13, 2026                    kdchildress@gmail.com

1

## <u>CERTIFICATE OF SERVICE</u>

I, Keith Childress, hereby certify that on the 13th day of April 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**Keith Childress**

By: <u>*/s/ Keith Childress*</u>
460 Patton School Rd.
S. Pittsburg TN 37380
(931) 636-4607
<u>kdchildress@gmail.com</u>

April 13, 2026